**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**FILED**

AUG − 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

(1) Dale A. Guilfoil    166308
(Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center

1181 Paddock Road  Smyrna, DE 19977
(Complete Address with zip code)

− 0 6 − 4 9 3 −

(2)_____
(Name of Plaintiff)    (Inmate Number)

_____
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Thomas Carroll

(2) David Pierce

Jury Trial Requested

(3) James Scarborough
(Names of Defendants)  Cont.
See Attachment A
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.    **PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

Civil Rights Act, 42 U.S.C. §1983 filed Ohio Northern

District, approx 1991 & 92 dismissed with prejudice,

no appeal taken

_____

_____

_____

Attachment A.
Cont. Names Of Defendants.

(4) Karl Hazzard
Defendants

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    ✔ Yes   • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   ✔ Yes   • • No

C.    If your answer to "B" is <u>Yes</u>:

1.  What steps did you take? Filed grievances, wrote Mgr. Scarborough Deputy Warden Pierce and spoke to Capt. Hazzard

2.  What was the result? Grievance returned as ungrievable - told to write Mgr. Scarborough    no action taken NO response to date.

D.    If your answer to "B" is <u>No</u>, explain why not: N/A

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll

Employed as Warden at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road

Smyrna, DE 19977

(2) Name of second defendant: David Pierce

Employed as Deputy Warden I at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road

Smyrna, DE 19977

(3) Name of third defendant: James Scarborough

Employed as Major at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road

Smyrna, DE 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

Cont. See Attachment B.

2

Attachment 3.

III. Defendants
(1) Name of Fourth defendant: Karl Hozzard

Employed as Captain At Deloware Correctional Center
mailing address with zip code: 1181 Paddock Rd.
Smyrna De 19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On approx. Feb. 14, 2006 plaintiff was moved to the housing unit known as W-1 and assigned to B-tier, Cell 4, top bunk. The height of the top bunk is approx. 54¼" off the floor with no ladder or steps. At this time Plaintiff informed sgt. on shift, 2nd shift, that he had a medical condition and had a problem climbing and had doctor's memo's for medical bottom bunk. Plaintiff was told to see 1st shift the next day. Plaintiff began sleeping on the floor at this time because of his back injury.
                                                                              Exhibit A

2. On approx Feb, 15, 2006 plaintiff filed a Grievance form and medical Grievance concerning the assignment to a top bunk. Grievance's were received back on approx. March 8, 2006, stating plaintiff needed to see
                                                                   cont. on Attachment

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Delaware Corr. Center to honor medical memos and assign plaintiff to a bottom bunk

2. Award monetary damages of $1.00 or more.

3

IV. Statement OF CLAIM    cont..

medical for new memo's and medical would
Send memo's to Scarborough for approval,
which could constitute deliberate indifference. Exhibit B #42

3. On approx. Feb. 20, 2006 plaintiff was seen by
the Institional doctor and a new memo for
a medical bottom bunk was ordered by
the doctor. According to medical staff copies
of the memo were faxed to the offices for
J. Scarborough and Capt. Hazzard. Exhibit C

4. On Approx. Feb. 28, 2006 plaintiff spoke to Capt.
Hazzard outside of the W-1 housing unit. At
that time plaintiff was told that if he got a copy
of the medical memo for the medical bottom
bunk then plaintiff would be moved to a
bottom bunk.

5. On approx. March 6, 2006 Corr. Officer Spriggs, 2nd Shift
told plaintiff he shouldn't be sleeping on the
floor and told plaintiff she faxed a copy of
the memo to Capt. Hazzard.

6. On approx. April 9, 2006 plaintiff wrote a
letter to Scarbourough, plaintiff still to
date have not recieved a response back.

IV. STATEMENT OF CLAIM    Cont.

7. . On approx. April 24, 2006 plaintiff once again filed a Grievance. Plaintiff received Grievance back on approx. 6-7-06 stating Complaint was not a grievable matter and was told he could write to Scarbourough. Exhibit D

8. On approx. May 20, 2006 plaintiff wrote to Deputy Warden Pierce regarding while D.C.C. staff would not honor a medical memo. On Approx. June 24, 2006 a letter was received back from his office stating the plaintiffs letter was forwarded to Director of Nursing Eller for her investigation and action. Exhibits E1.2

9. On Approx. June 16, 2006 Plaintiff was seen by medical dept. to renew medication for back pain. Plaintiff is seen approx. every 30 days. Plaintiff was told by nurse Jane Doe that memo's. were once faxed to Scarbourough and Capt. Hazzard.

10. On approx July 11, 2006 plaintiff recieved a letter dated July 7, 2006 from Scott S. Altman, Correctional Medical Service at the Delaware Regional office in Dover, Mr. Altman

IV. STATEMENT OF CLAIM   Cont.

. Said he verified the memos presence but that it was the Corrections Staff who determine the housing and daily living need and that plaintiff should address the matter to the C.O.'s. which Constitutes a deliberate indifference. Exhibit F

11. Plaintiff had spoken to Sgt. Bailey, Sgt in charge of W-1 housing unit. Sgt. Bailey informed plaintiff the medical memo for bottom bunk which had was no good because it is only signed by the doctor. And only Scarbourough can assign medical bunks, which scarbourough hasn't Signed any memo. Scarbourough being a D.O.C. employee, which constitutes a deliberate indifference.

12. Plaintiff also spoke to Lt. Watkins and officer Givens, 2nd Shift. He was informed that the memo's were sent "up front" but he could not be moved.

3. Award Plaintiff puntive damages for pain he's endured in the amount of $30,000.00. Also Compensatory damages.

4. Department of Correction to be responsible for any medical expensives arising from their neglect after

8. Plaintiffs release from custody.

5. Be awarded puntive damages for being denied proper medical Care, Also Compensatory damages.

6. Defendants to pay filing fees and any other monies involved including attorney fee's which may incure in future.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2nd_ day of _August_, 2006.

_Dale A. Guilfil_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4





Dale Guilfoil
SBI# 166308 UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$ 05.00⁰
AUG 05 2006
0004608975
MAILED FROM ZIP CODE 19877

U.S.M.S
XERAY

Clerk
U.S. District Court, Lot box 18
844 N. King Street
Wilm.   DE
19801

**ORIGINAL**

## SPECIAL NEEDS REFERRAL FORM     0 6 · 4 9 3 ·

*SPECIAL NEEDS INMATES ☐ Inmates who require close medical supervision and/or multi disciplinary care. Included among special needs inmates: chronically ill; inmates with serious communicable diseases; physically disabled; seriously mentally ill; pregnant; frail; elderly or terminally ill. Special needs considerations may be temporary (inmate needs crutches) or permanent (inmate has an artificial limb).*

Date: _2-12-05_     Inmate Name: _Dietfeil, Dale_     Inmate Number: _166308_

Special Need Identified by: _____ during: _exam_

Special Needs Treatment Plan Initiated: _✓_ Yes     _ No

**Medical Need:** _Bottom bunk_     0 6 · 4 9 3 ·

**Expected Duration:** _12 mo_

**FILED**

**Housing Need:** _____     AUG – 8 2006

**Expected Duration:** _____

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Mental Health or Psychiatric Need:** _____

**Expected Duration:** _____

Has durable medical equipment issued to the inmate:     _ No     _ Yes

If yes, what equipment was issued: _____

_____

Was the inmate given instruction on the safe use of the equipment?     _ Yes     _ No

If no, why? _____

_____

Instructions:
1. Complete the Special Needs Referral form and route to the Health Service Administrator.

Exhibit   A ·

*E-mail about bunk March 6 2*

*Recieved*

**ORIGINAL**

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D C C

DATE: 2-15-06

06 - 4 8 3 -

GRIEVANT'S NAME: Dale Guilfoil

SBI#: 166 308

CASE#: 24180

TIME OF INCIDENT: 2-14-06 on going

HOUSING UNIT: W - 3- 4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Being forced to cause person injury to myself by being forced to climb into a top bunk when I have a back injury. I have hed medical bottom bunks in the system until I was moved to W. At this time I was assigned a top bonk and told by Sgt Boiley, I was never assigned medical bottom bunk from medical. When I arrived here on Jan 11, 2006 the nurse that interviewed me in Recieving informed the me assigning bunks that I would need a medical bottom bunk. Now I am being told by sgt Boiley that medical can not assign medical bottom bunks and that only the Deputy Warden can assign medical bunks. I have memos from SVOP and CVOP for medical bottom bunks and was told by the nurse they would carry over here at D.C.C.

ACTION REQUESTED BY GRIEVANT:

to be assigned bottom bunk to prevent further injury to my lower back injury.

GRIEVANT'S SIGNATURE: Dale Guilfoil

DATE: 2-15-06

06 - 4 8 3 -

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**FILED**

**AUG - 8 2006**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**April '97 REV**

**RECEIVED**

**FEB 21 2006**

Inmate Grievance Office

*Exhibit B-1*

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____ Disciplinary Action    _____ Parole Decision
    _____ Classification Action

√ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*You need to submit a sick call slip. If medical feels you need a bottom bunk, they will send a memo to*

FEB 2 2 2006

Inmate Grievance Chairperson                                    Date

Form#: 584 (F&B)
(Reverse Revised July '99)

*the Security Chief for approval*

**ORIGINAL**

FORM #585

**MEDICAL GRIEVANCE**



FACILITY: D. C. C.

INMATE'S NAME: Dale Guilfoil

HOUSING UNIT: W- B- Y

DATE SUBMITTED: 2-15-06

SBI#: 166308

CASE #:

**FILED**

**AUG - 8 2006**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 7 p.m. 2-14-06  on going

TYPE OF MEDICAL PROBLEM:

When arriving at D.C.C. I informed the nurse I had a lower back injury and have had medical Bottom bunk orders by Doctors from SVOP and CVOP. The nurse said She called and ordered medical Bottom bunk for me here at D.C.C. Now that I am in W I am told by Sgt Bailey that the nurse lied to me. I never had a medical bottom bunk request from medical and that I should have been seen by a doctor here at DCC and a medical bottom bunk memo should have been requested from the Deputy Warden.

GRIEVANT'S SIGNATURE: Dale Guilfoil        DATE: 2-15-06

ACTION REQUESTED BY GRIEVANT: to be seen by Doctor and have a bottom bunk memo requested to prevent further injury to lower back.

**RECEIVED**

DATE RECEIVED BY MEDICAL UNIT: _____

**FEB 22 2006**

**Inmate Grievance Office**

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Exhibit B-2

MEDICAL GRIEVANCE FORM #585
Page two

SECTION #2

IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY MUST RESPOND , IN WRITTING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.

RESPONSE BY M.G.C.:_____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVVANT:_____ GRIEVANT SIGNATURE:_____

DOES GRIEVANT ACCEPT M.G.C. DECISION? _____(YES) _____(NO)

===============================================================================

SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____ DATE:_____

**ORIGINAL: INSTITUTION FILE**                                    **COPY: GRIEVANT**

ORIGINAL

MEMORANDUM

DATE 2-20-06          RE Jail/bail
                          Dale
TO  W Bldg

MESSAGE
Bottom bunk,
L2 M/D
Dx - lumbar
disc disease,
radiculopathy
both legs

# 00166308

SIGNED Messenger

adams
SC1157

06 = 4 9 3 =

06 = 4 9 3 =

06 = 4 9 3 =

FILED

AUG - 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Exhibit C

# ORIGINAL

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C    DATE: 4-24-06

GRIEVANT'S NAME: Dale Guiffoil    SBI#: 166308

CASE#: 89143    TIME OF INCIDENT: On Going for 2 1/2 months

HOUSING UNIT: W-1-B-4-T

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

D. C. C. Refusing to honor medical memos.
Cpt. Hazzard, Sgt. Briley, Lt Watkins, Givens and
Sgt fisch all say the medical memo's I have
from medical are no good because only the
Medical Doctor signed them. Therefore it
Can not be honored by staff.
   I have been sleeping on the floor for
approx. 2 1/2 mo's. I am unable to climb in the
top bunk because of back injury.

ACTION REQUESTED BY GRIEVANT: To be switched bunk assignment
with Celly. For D. C. C. to Honor medical Memo's

GRIEVANT'S SIGNATURE: Dale Guiffoil    DATE: 4-24-06

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**FILED**

**AUG - 8 2006**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit D

**RECEIVED**

APR 27 2006

Inmate Grievance Office

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. \_\_\_\_\_ Disciplinary Action \_\_\_\_\_ Parole Decision \_\_\_\_\_ Classification Action

\_\_\_✓\_\_\_ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

BOTTOM BUNKS ARE ASSIGNED AS THEY BECOME AVAILABLE,

MEDICAL CAN ONLY REQUEST AN I/M RECEIVE A BOTTOM BUNK, APPROVAL IS ISSUED BY MRS. HOLMAN) or SCARBOROUGH

Inmate Grievance Chairperson                    5-15-06
                                                Date

Form#: 584 (F&B)
(Reverse Revised July '99)

**ORIGINAL**

RECEIVED

MAY 2 3 2006

DEPUTY WARDEN I

W-1
B-4-T

5-20-06

Dale Guilfoil 166308
W-1-B-4-T

**06** 493

Mr. Pierce

    I hope writing you will help solve a problem I've been having for several months. I have filed a grievance and its been over 3 weeks with no reply.

    The problem is I have memos from the medical Dept. signed by the Doctor for a medical bottom bunk but yet I am stuck sleeping on the floor because the D.C.C. staff say the memo is only signed by the Doctor so it is no good. I have memos in my file from every lotitution I've been in.

    I have been trying to get the staff to honor the memo and assign me to the bottom bunk since Feb, 06, but no one can help.

    Could you please explain to me why D.C.C. does not honor memos signed by the Doctor's that work here.

06 493     Thank you for your time in this matter

FILED

AUG - 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,
Dale Guilfoil

Exhibit E-1

**ORIGINAL**



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

0 6    4 9 3 —

0 6    4 9 3 —

MEMORANDUM



FILED

AUG – 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:        IM Dale Guilfoil SBI# 166308 W1 B4T

FROM:      Deputy Warden Pierce

DATE:      June 5, 2006

RE:        Bottom Bunk

I received your letter dated May 20, 2006, regarding a bottom bunk and have forwarded your concerns to Director of Nursing Eller for her investigation and action.

DP/dc
Attachment
cc:    Director of Nursing Eller
       File

Exhibit E-2

**ORIGINAL**



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

Dale Guilfoil
166308  W-1-B-4-T
1181 Paddock Road
Smyrna, DE 19977

7 July 2006

Dear Mr. Guilfoil

    I have received your letter dated 20 May 2006.   I appreciate your patience in letting us deal with this matter.
    The memo you reference in your letter is in your records and I have verified it's presence. The issue of the correctional staff honoring a memo is not one that can be addressed by the medical department; the corrections staff is the ones who determine your housing and daily living needs.   Please address this matter with the CO's in your housing area.   If they should need a second copy of the memo one can be provided to them

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC:  Warden Thomas Carroll
    Medical Record



0 6   A 9 3

**FILED**

AUG – 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

Exhibit F