IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Dale A. Guilfoil, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-493 GMS |
| | ) |
| Thomas Carroll, David Pierce, | ) |
| James Scarborough, and Karl | ) |
| Hazzard, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Dale A. Guilfoil, SBI #166308 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.01, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated August 17, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August 20, 2006.

_Dale A. Guilfoil_
Signature of Plaintiff

I/M Dale Guilfoil
SBI# 166308    UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 AUG 2006 PM 3 L

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG 30  AM 10:02

Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilm,    DE
          19801-3570

U.S.M.
X-RAY

19801+3519