IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Dale A. Guilfoil,

    Plaintiff

V.

Thomas Carroll, David Pierce, Jame Scarborough, and Karl Hazzard,

    Defendants

Civil Action No. 06-493 GMS



Scanned- BD 9/20/06

## CHANGE OF ADDRESS

The plaintiff, Dale A. Guilfoil wishes to notify the Court that the plaintiff was transfered on August 31, 2006 from the Delaware Correctional Center to the Central Violation of Probation Center near Smyrna. Plaintiffs new address is as follows:

    Dale Guilfoil #166308
    Central Violation Center
    P.O. Box 5003
    Smyrna, Delaware
    19977-5003

September 16, 2006

Respectfully Submitted
Dale A. Guilfoil
9-16-06

I/M Dale Guilfoil
SBI# 166308   UNIT 3
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197
19 SEP 2006 PM 3 T

U.S.M.S.
X-RAY

United States District Court
844 N. King Street   Lockbox 18
Wilmington DE
19801-3570