IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE A. GUILFOIL, )
 )
    Plaintiff )
 )
v. ) Civ. No. 06-493-GMS
 )
THOMAS CARROLL, DAVID )
PIERCE, JAMES SCARBOROUGH, )
and KARL HAZZARD, )
 )
    Defendants, )

### NOTICE OF CHANGE OF ADDRESS

The Plaintiff, Dale A. Guilfoil is being released from custody as of Dec. 3, 2006 and will be using the following mailing address as to recieving his correspondence from the courts.

New Mailing Address: Dale A. Guilfoil
c/o Donna Wallace
300 N. Broad St.
Lakewood Apt A-2-D
Middletown, DE
19709

Respectfully Submitted,

Dale A. Guilfoil

Dale A. Guilfoil
Nov. 27, 2006



FILED
NOV 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Dale A. Guilford
SBI# 166308 UNIT 3-28
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197
29 NOV 2006 PM 1 L

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, Del
19801

Legal Mail