**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DALE A. GUILFOIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-493-GMS |
| | ) | |
| DAVID PIERCE, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants David Pierce, James Scarborough and Karl Hazzard ("Defendants"). This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                        STATE OF DELAWARE
                        DEPARTMENT OF JUSTICE

                        /s/ Eileen Kelly
                        Eileen Kelly, I.D. #2884
                        Deputy Attorney General
                        Carvel State Office Building
                        820 North French Street, 6th Floor
                        Wilmington, Delaware 19801
                        (302) 577-8400
                        eileen.kelly@state.de.us
Date: February 13, 2007            Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on February 13, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Dale A. Guilfoil.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us