Dear Clerk of Courts,                                CASE NO: 06-493-GMS

Could you please make note that the plaintiff's mailing address has changed and will be as following:

    Dale Guilfoil #166308
    P.O. Box 500
    Georgetown, DE 19947

Plaintiff certifies that a copy of the foregoing was mailed by U.S. mail to Eileen Kelly, I.D. #2884, Deputy Attorney General at 820 North French Street, 6th Floor, Wilmington Delaware, 19801

    Respectfully,
    Dale A. Guilfoil
    Dale A. Guilfoil #166308
    P.O. Box 500
    Georgetown, DE 19947

April 9, 2007



FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned