IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE A. GUILFOIL, | ) | |
| Pro Se Plaintiff, | ) ) ) | C.A. No. 06-493-GMS |
| v. | ) ) | |
| DAVID PIERCE, et al., | ) | JURY TRIAL REQUESTED |
| Defendants. | ) ) ) | |

MOTION TO ADD DEFENDANT(S)

JOINDER OF OTHER PARTIES

FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Now comes the plaintiff, Dale A. Guilfoil, to motion this Court to add to the list of defendants the employee(s) which did the investigation and answer to the grievances that where filed by the plaintiff in this case.

At this time plaintiff wishes to list the defendant(s) as, Jane Doe or John Doe. until it is determined the correct name of the individual that signed said grievances.

The plaintiff filed said grievances, which are dated, February 15, 2006, and April 24, 2006 and are listed in paragraph 2* and 7* in the plaintiff's complaint.

This employee's job was to investigate and resolve any wrong doing within their scope of duty or jurisdiction, but plainly this was totally disregraded in this matter.

Date: April 9, 2007

Respectfully submitted,

Dale A. Guilfoil

Dole A. Guilfoil
Plaintiff,

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007 I sent by U.S. Mail, a copy of the forgoing "Motion To Add Defendant(s), Joiner of Other Parties," To Eileen Kelly, I.D. #2884, Deputy Attorney General, at 820 North French Street, 6th Floor, Wilmington, Delaware 19801

*Dale A. Guilfoil*
Plaintiff
Dale A. Guilfoil

I/M: Dale Guilford   BLDG: K op/B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   #166308
GEORGETOWN, DELAWARE 19947

LEGAL
MAIL

US POSTAGE $00.630
APR 11 07
19947

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm     DE     19801-3570