IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

JUL – 3 2007

RESCHER
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DALE A GUILFOIL,

    Plaintiff

V.

DAVID PIERCE et al,

    Defendants

C.A. NO 06-493-GMS

JURY TRIAL REQUESTED

## PLAINTIFFS REQUEST FOR EXTENSION OF TIME

Now Comes the Plaintiff Dale A. Guilfoil, in the above case and is now requesting an extension of time to answer the "Defendants First Set of Interrogatories Directed to plaintiff.

Plaintiff is currently incarcerated at the Sussex Correctional Institution and currently does not have access to all the information being requested.

All Plaintiffs information and documents are currently outside the Institution for safe keeping and Plaintiff will not have access to the information being requested until his release of the end of August 2007.

Plaintiff is requesting an extension until September 30, 2007 which would be after his release date and give him time to answer all the

defendants request and provide copies of all documents requested.

July 1, 2007

Respectfully Submitted,

Dale Guilfoil

Dale A. Guilfoil
# 166308
S. C. I.
Post Office Box 500
Georgetown, De 19947

## CERTIFICATE OF SERVICE

I hereby certify that on July , 2007 I mailed by U.S. Postal Service, a copy of the foregoing motion to Eileen Kelly (I.D.2884), Deputy Attorney General at, Department of Justice 820 N. French St. 6" Floor, Wilmington, De 19801

date: July 1, 2007

Dale Guilfoil

Dale Guilfoil

-2-

I/M: Dale Guilfoil   BLDG: Key-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  166308
GEORGETOWN, DELAWARE  19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm.   Delaware

19801 - 3570