ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE A. GUILFOIL )
 Plaintiff )
 )
v. ) C.A. No. 06-493-GMS
 )
DAVID PIERCE, et al, ) JURY TRIAL Requested
 Defendants, )

## PLAINTIFFS REQUEST FOR EXTENSION OF TIME

Now Comes the Plaintiff, Dale A. Guilfoil, in the above case and is now requesting an extension of time to answer the "Defendants Request for Production of Documents and things to Plaintiff."

Plaintiff is currently incarcerated at the Sussex Correctional Institution and currently does not have access to all the documents and things being requested.

All Plaintiffs information and documents are currently outside the Institution for safe keeping and plaintiff will not have access to the information and documents until his release at the end of August 2007.

Plaintiff is requesting an extension until September 30, 2007 which would be after his release date and give him time to answer and provide copies of the documents being

FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

requested by the defendants and their undersigned counsel.

Respectfully Submitted,
*Dale Guilfoil*

Dale A. Guilfoil
# 166308
S.C.I.
Post Office Box 500
Georgetown, DE 19947

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007 I mailed by U.S. Postal Service, a copy of the foregoing motion to Eileen Kelly (I.D. 2884), Deputy Attorney General at; Department of Justice 820 N. French St, 6th Floor, Wilmington DE 19801

date: July 3, 2007

*Dale Guilfoil*
Dale Guilfoil

I/M: Dole Guilfoil   BLDG: Key-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  #166368
GEORGETOWN, DELAWARE  19947

LEGAL
MAIL

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm. DE
                    19801-3570