ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE A. GUILFOIL )
  )
  Plaintiff, )
  )
v. ) C.A. No. 06-493-GMS
  )
DAVID PIERCE, et al, ) JURY TRIAL REQUESTED
  )
  Defendants, )

## PLAINTIFF RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Now comes the plaintiff, Dale Guilfoil requesting that the Defendants Motion For Leave to Depose Plaintiff be denied at this time.

The plaintiff is incarcerated and will be released toward the end of August 2007 at which time the plaintiff would be better prepared for any questioning.

Plaintiff is requesting the defendants motion be denied at this time.

FILED
JUL 10 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted,

Dale Guilfoil

Dale Guilfoil #466308
P.O. Box 500
Georgetown, De 19947

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007 I sent by U.S. Postal Service a copy of the foregoing motion to Eileen Kelly (I.D. 2884), Deputy Attorney General at Department of Justice 820 N. French St, 6th Floor, Wilmington, De 19801

date: 7-3-07

Dale Guilfoil
#166308
S.C.I.
P.O. Box 500
Georgetown, De 19947

I/M: Dale Gunton  BLDG: Key-B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 #166308
GEORGETOWN, DELAWARE 19947

LEGAL
MAIL

Office Of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm            DE
                19801-3570