

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

July 13, 2007

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE  19801

    RE:    **Guilfoil v. Pierce, et al.**
            **C.A. No. 06-493-GMS**

Dear Judge Sleet:

    Pursuant to the Court's Scheduling Order dated February 16, 2007, the discovery deadline in the above-referenced matter is August 16, 2007. [D.I. 16]. Dispositive motions are due October 16, 2007.

    Plaintiff Dale Guilfoil has requested an extension until September 30, 2007 to respond to Defendants' outstanding discovery on the grounds that he will not be released from incarceration until the end of August 2007. [D.I. 22, 23]. Plaintiff has opposed Defendants' Motion for Leave to depose him on the same grounds. [D.I. 24].

    This is to advise the Court that Defendants do not oppose Plaintiff's request to extend the discovery deadline. Defendants ask only that the due date for filing of dispositive motions be extended accordingly.

    Undersigned counsel is available if the Court requires additional information.

                                    Respectfully,

                                    /s/ Eileen Kelly

                                    Eileen Kelly
                                    Deputy Attorney General

cc:    Dale A. Guilfoil
        SBI# 166308