IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE A. GUILFOIL | ) | |
| | ) | |
| *Pro Se* Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-493 GMS |
| | ) | |
| DAVID PIERCE, et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

WHEREAS, on August 8, 2006, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on February 16, 2007, a Scheduling Order was issued in this case (D.I. 16);

WHEREAS, on June 25, 2007, the defendants filed a motion to take the deposition of the

plaintiff (D.I. 19). An answering brief in opposition to the motion was filed by the plaintiff on July

10, 2007 (D.I. 24);

WHEREAS, on July 3, 2007, the plaintiff filed a motion for extension of time until

September 30, 2007, to respond to the defendants' discovery requests (D.I. 22);

WHEREAS, on July 10, 2007, the plaintiff filed a second motion for extension of time until

September 30, 2007, to further respond to the defendants' discovery requests (D.I. 23);

WHEREAS, on July 13, 2007, the defendants filed a letter regarding their non-opposition

to the plaintiff's motions for extension of time provided, however, that the court would additionally

extend the deadline to file dispositive motions (D.I. 25);

IT IS HEREBY ORDERED that:

1. The plaintiff's motions for extension of time (D.I. Nos. 22 and 23) are hereby GRANTED;

2. The defendants' motion for leave to depose the plaintiff (D.I. 19) is hereby DENIED AS MOOT. The defendants are directed to note the deposition of the plaintiff sometime after his release date from incarceration; and

3. The discovery deadline is hereby extended to September 30, 2007, and the deadline for the filing of dispositive motions is extended to October 31, 2007.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

July _____, 2007

```
┌─────────────────────────┐
│       F I L E D         │
│  ┌───────────────────┐  │
│  │                   │  │
│  │   JUL 2 4 2007    │  │
│  │                   │  │
│  └───────────────────┘  │
│    U.S. DISTRICT COURT  │
│   DISTRICT OF DELAWARE  │
└─────────────────────────┘
```