IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE A. GUILFOIL,  )
  )
    Plaintiff  )
  )
  )   C.A. No. 06-493-GMS
V.  )
  )
DAVID PIERCE, et al.,  )   JURY TRIAL REQUESTED
  )
    Defendants  )

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO DEFENDANTS**

FILED
AUG - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure Plaintiff hereby serve on Defendants, David Pierce et al., the following Request for Production of Documents and things.

## INSTRUCTIONS

A. If any document or thing required to answer any Request for Production is withheld because you claim that such information is privileged or is contained in a privileged document or communication:

    (1) identify each such document with sufficient specificity to permit a Court to determine the propriety of the asserted privilege and setting forth the nature of the documents;

    (2) indentify the privilede and set forth the factual basis for the privilege claim,

    (3) Set forth each Request to which each such document or thing is responsive,

B. These Request for Production are continuing in nature and, if applicable, will require supplemental response pursuant to Rule 26(e) of the Federal Rule of Civil Procedure.

## REQUESTS FOR PRODUCTIONS

**REQUEST NO. 1:**

1. Any and all responses from the Department of Correction Personnel to plaintiff regarding, relating, or arising out of the incidents alleged in plaintiffs complaint including, but not limited to all correspondance to grievances, letters, or complaints which were filed by plaintiff.

**REQUEST NO. 2:**

2. All correspondance relating to, regarding or arising out of the incidents alleged in plaintiff's complaint including, but not limited to any correspondance between Department of Correctional Personnel and inmates or other witnesses.

**REQUEST NO. 3:**

3. Any statements, declarations, petitions or affidavits relating to, regarding or arising out of the incidents alleged in plaintiffs complaint and any statements, declarations, or affidavits of Department of correctional personnel, other inmates, or witnesses to the allegations in the plaintiffs complaint.

**REQUEST NO. 4:**

4. Any and all correspondance between Department of Correctional Personnel and any sub-contractor regarding, relating to or arising out of the allegation in plaintiffs complaint.

**REQUEST NO. 5:**

5. Copies of all rules, regulations, or policies regarding which inmates are permitted to be assigned "medical bottom bunk" in Delaware Correctional Center and who approves such moves, or assignments.

REQUEST NO. 6:

6. Medical training certificate and/or credentials of any and all the defendants named in plaintiff's Complaint.

REQUEST NO. 7:

7. Any and all medical reports addressed to any defendant from any medical professional regarding the plaintiff's medical condition or their opinion concerning the allegation in plaintiff's Complaint.

REQUEST NO 8:

8. Any and all documents referenced or identified in defendants Responses to Interrogatories served contemporaneously herewith.

Dated: July 30, 2007

*Dale Guilfoil*
Dale Guilfoil pro se.
#166308
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007 I have mailed by United States Postal Service a copy of the foregoing motion to, Eileen Kelly, Deputy Attorney General, Attorney for the defendants, to 820 N. French St. 6th Floor, Wilmington, Deleware 19801.

Dole Guilfil
Dole Guilfil #166308
Sussex Correctional Institution
Post Office Box 500
Georgetown, De 19947

Dated July 30, 2007

I/M [illegible name]   BLDG. Min. S-28
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   #166368
GEORGETOWN, DELAWARE 19947

Office Of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
                    19801-3570

LEGAL MAIL

LEGAL MAIL

U.S.M.S.
X-RAY