RE:      Dole A Guilfoil                )
                Pro se plantiff          )
         v.                              )  Civil Action No. 06-493-GMS
         David Pierce, et al.            )
                defendants               )

FILED
AUG - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

Dear Clerk,
         I am writing in order to get Subpeanos
issued in order to get my medical records from
the Department of Correction for my Case.
         I need Subpeano's issued to have the following
facilities turn over copies of my medical Records,


Delaware Correctional Center          Central Violation of Probation Center
   1181 Paddock Rd                        Landing Rd.
Smyrna, De   19977                    Smyrna, De   19977


    Sussex Correctional Center
RT   113 P.O. Box 500
Georgetown, De   19947.


         Also, I would like to have an application
for "Appointment OF Counsel" if you have them.
Thank you for your time in these matters,


                                    Sincerly,
                                    Dole Guilfoil pro, se
   July 6, 2007                     Dole Guilfoil  166308
                                    P.O. Box 500
                                    Georgetown, De  19947

I/M: Dale Guilford
SUSSEX CORRECTIONAL INSTITUTION     BLDG: Min.- South
P.O. BOX 500  166368
GEORGETOWN, DELAWARE     19947

LEGAL MAIL

Office of the clerk
United States District Court
844 N. King Street  Lockbox 18
Wilm. DE
19801-3570

LEGAL
MAIL