OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 13, 2007

Dale Guilfoil
#166308
P.O. Box 500
Georgetown, DE 19947

    RE:  Guilfoil v. Pierce, et al.
         Civil Action No. 06-493 GMS

Dear Mr. Guilfoil:

    This is in response to your letter received August 9, 2007, requesting issuance of a subpoena[s]. Please complete and return the enclosed subpoena(s) so that the Clerk's Office may forward the subpoena(s) to the U.S. Marshal for service. Also enclosed is a copy of Rule 45 which sets forth service requirements and when witness fees and mileage fees must accompany a subpoena.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

                         Sincerely,

                         PETER T. DALLEO
                         Clerk

cc:  Honorable Gregory M. Sleet



FILED
AUG 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE