Dole Guilfoil #166308

S.C.I.

RE: Guilfoil v. Pierce, et al,
C.A. No. 06-493-GMS

P.O. Box 500

Georgetown De 19947

Dear Clerk,

    I am being released from Sussex Corr. Inst, this weekend, the weekend of 9-1-07, and would like to have any and all further correspondent sent my home address listed below.

        Dole Guilfoil
        778 Silver Run Rd.
        Middletown, DE 19709

    Thank you for your time in this matter,

Date 8-29-07

Sincerely,
Dale Guilfoil

RECEIVED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M: Dale GuilGil    BLDG: Min. South -28
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   166308
GEORGETOWN, DELAWARE   19947

Legal MAIL

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm        DE
        19801-3570

Legal Mar-l