

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

September 10, 2007

Dale Guilfoil
778 Silver Run Road
Middletown, DE 19709

    Re:    **Guilfoil v. Pierce, et al.**
            **C.A. No. 06-493-GMS**

Dear Mr. Guilfoil:

    In your Second Request for Production of Documents, you requested your medical records from the time of your incarceration at Delaware Correctional Center until your transfer to the Central Violation of Probation Center in August 2006.

    As I advised in my September 4, 2007 letter to you, Defendants' discovery responses, including the requested medical records, were sent to your last known address of record, Sussex Correctional Institution. Subsequent to the mailing of the discovery responses, you provided an updated address. I do not know whether Sussex Correctional Institution will forward your mail to you. Therefore, I have enclosed copies of the discovery responses, including your medical records.

    You recently filed subpoenas directed Warden Deloy, Warden Carroll and Deputy Warden Hutchins. [D.I. 39, 40, 41]. Those subpoenas request production of your medical records.

    Because your medical records are enclosed, I request that you withdraw the subpoenas.

    Thank you for your attention to this matter.

                                                 Very truly yours,

                                                 Eileen Kelly
                                                 Deputy Attorney General

Enclosures

cc:    Clerk of the Court (w/o enclosures)