## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE A. GUILFOIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-493-GMS |
| | ) | |
| DAVID PIERCE, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO: Dale A. Guilfoil
778 Silver Run Road
Middletown, Delaware 19709

**PLEASE TAKE NOTICE** that the oral deposition of Dale A. Guilfoi1 will be taken by Eileen Kelly, Deputy Attorney General, on Friday, September 28, 2007 at 2:00 p.m. The deposition will take place at the State of Delaware, Department of Justice, 820 North French Street, 6th Floor, Wilmington, DE 19801 and will be transcribed by a professional reporter.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly (Atty. ID# 2884)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

DATED: September 17, 2007        eileen.kelly@state.de.us

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on September 17, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Dale A. Guilfoil.

/s/ Eileen Kelly
Eileen Kelly (Atty. ID# 2884)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us