Re: Case - 06-493-GMS

Dear Judge

    I would like to request that the subpoenas I requested be canceled at this time due to the state gave me the medical records in Discovery, so at this time I believe I have what I was requesting.

    Thank you very much,

Date Sep. 8, 2007

Sincerely,
Dale Guilfoil
Dale Guilfoil
778 Silver Fern Rd
Middletown De
19709

FILED
SEP 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE