# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE GUILFOIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-493-GMS |
| | ) | |
| DAVID PIERCE, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants David Pierce, James Scarborough and Karl Hazzard ("Defendants"), through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

DATE: October 31, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE GUILFOIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 06-493-GMS |
| | ) |
| DAVID PIERCE, et al, | )   JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS SO ORDERED** this _____ day of _____, _____ that:

Summary Judgment is entered in favor of Defendants David Pierce, James Scarborough and Karl Hazzard, in their official and individual capacities, as to all claims.

_____
United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that on October 31, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF.  I hereby certify that on October 31, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Dale Guilfoil.

                    STATE OF DELAWARE
                    DEPARTMENT OF JUSTICE

                    /s/ Catherine Damavandi
                    Catherine Damavandi (ID # 3823)
                    Deputy Attorney General
                    State of Delaware
                    Department of Justice
                    820 N. French Street, 6th Floor
                    Wilmington, DE 19801
                    (302) 577-8400
                    Attorney for State Defendants