IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE A. GUILFOIL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-493 GMS |
| | ) | |
| DAVID PIERCE, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on October 31, 2007, the defendants filed a Motion for Summary Judgment (D.I. 48);

WHEREAS, as of the date of this Order, the plaintiff has not filed an Answering Brief.

IT IS HEREBY ORDERED that:

1. The plaintiff will file an Answering Brief to the pending Motion for Summary Judgment within ten (10) days of the date of this Order; and

2. Should the plaintiff fail to comply with this Order, the court will decide the Motion for Summary Judgment on the present record.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

Dated: 12/3/07

FILED
DEC - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE