IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE GUILFOIL )
    Plaintiff, )
) C.A. No. 06-493-GMS
)
V. ) JURY TRIAL REQUESTED
)
DAVID PIERCE, et al. )
    Defendants. )

## PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT

Now Comes the plaintiff Dale Guilfoil hereby move this Honorable Court to enter an Order granting his Motion for Summary Judgement on the grounds set forth in the accompanying Memorandum of Points and Authorities.

FILED
DEC 20 2007
US DISTRICT COURT
BD scanned

Dale Guilfoil
Dale Guilfoil
778 Silver Run Rd
Middletown DE
19709

Date: November 29, 2007

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007 I mailed by way of United States Postal Service, a copy of the Summary Judgement to Catherine Damarandi, Deputy Attorney General, at, 820 N. French Street, 6th Floor, Wilmington De. 19801.

*Dale Guilfoil*
Dale Guilfoil
778 Silver Run Rd.
Middletown, De 19709